UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RORY CONRAD | * | CIVIL ACTION |
| VERSUS | * | NO. 23-3599 |
| STATE FARM FIRE & CASUALTY COMPANY | * | SECTION "I" (2) |

**ORDER AND REASONS**

Pending before me is Defendant State Farm Fire & Casualty Company's Motion to Opt-Out of Hurricane Ida Streamlined Settlement Program. ECF No. 27. As of this date, Plaintiff has not filed an Opposition Memorandum, and the deadline for same expired on Tuesday, February 27, 2024. *See* E.D. La. L.R. 7.5.

Having considered the record, the submissions and arguments of counsel, and the applicable law, Defendant's Motion to Opt-Out (ECF No. 27) is GRANTED IN PART AND DENIED IN PART for the reasons stated herein.

**I.   BACKGROUND**

Plaintiff Rory Conrad filed suit against Defendant State Farm Fire & Casualty Company seeking to recover for losses incurred as a result of Hurricane Ida, as well as extra-contractual damages. ECF No. 1. Defendant initially filed its Motion to Dismiss on December 12, 2023 but later withdrew that motion. *See* ECF Nos. 11, 15-16. Thereafter, Defendant sought an extension of time to file a responsive pleading, which motion the district court ultimately denied on February 9, 2024. ECF Nos. 17, 19, 20, 24. Defendant re-filed its Motion to Dismiss on February 15, 2024 and now seeks to opt-out of the Hurricane Ida Streamlined Settlement Program ("SSP") in order to pursue the dispositive motion, in which it seeks dismissal on the basis that Plaintiff is not a named or additional insured under the policy of insurance. ECF No. 27-2 at 1-2.

1

## II.     APPLICABLE LAW AND ANALYSIS

On August 26, 2022, this Court adopted CMO No. 1 to govern Hurricane Ida claims.  CMO #1 includes provisions for certain mandatory initial disclosures as well as a streamlined settlement program ("SSP") that requires parties to engage in informal settlement conferences as well as court-ordered mediation.  *See* Sections 1, 3.  Although parties may generally not opt out of the mandatory initial disclosures set forth in Section 1, within 15 days of the responsive pleading or entry of the CMO, a party may seek to opt-out of the SSP in Section 3 upon a showing of good cause.  *See* Section 3.

Although Defendant failed to seek leave to opt-out of the SSP within fifteen days of filing its initial responsive pleading, as recently explained by Chief Judge Brown, the court adopted the Hurricane Ida CMO to facilitate the speedy and orderly resolution of insurance cases arising out of Hurricane Ida through the SSP.[1]  Requiring the parties to proceed with the SSP when the plaintiff is alleged to have no viable claim because he is not a named insured or third party beneficiary hinders the efficient resolution of this matter and thus would be contrary to the goals of the CMO.[2]  District judges on our court have granted delinquent motions to opt-out when same promotes the efficient administration of justice.[3]  Accordingly, Defendant's request to opt-out of the CMO is granted, but only for the limited purpose of filing their dispositive motion.  The parties remain obliged to comply with all other terms of the CMO unless or until the matter is resolved on Defendant's motion or otherwise.

---

[1] *Okpalobi v. American Nat'l Prop. & Cas. Co.*, No. 23-6691, 2024 WL 838464, at *9 (E.D. La. Feb. 28, 2024).
[2] *Id*.
[3] *Id*. (citations omitted).

2

**III.   CONCLUSION**

For the foregoing reasons, Defendant is granted limited relief from the CMO, solely for purposes of pursuing its Motion to Dismiss on the basis of whether Plaintiff is a named or additional insured under the governing policy.  Accordingly,

IT IS ORDERED that Defendant's Motion to Opt Out of the Streamlined Settlement Program (ECF No. 27) is GRANTED IN PART AND DENIED IN PART.  Defendant is granted limited relief from the CMO's automatic stay solely to enable it to pursue its motion to dismiss as set forth herein.  If the motion is denied or the case otherwise remains on the docket, it will remain subject to the Hurricane Ida CMO and the Streamlined Settlement Program.

New Orleans, Louisiana, this ___6th___ day of March, 2024.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE